AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2022

SEAN F. McAVOY, CLERK

NANCY P.,

    *Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

Civil Action No. 4:21-cv-05018-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 11) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 13) is GRANTED. Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on motions for Summary Judgment (ECF Nos. 11 and 13).

Date: 2/22/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

    *(By) Deputy Clerk*

Lee Reams